[No. 4835.]

## J. A. BREWSTER v. J. A. JOHNSON.

SUPREME COURT WILL NOT PERFORM DUTY OF COUNSEL.—The Supreme Court will not perform the duty of counsel by examining the record to ascertain if possibly error may not have intervened, if there is no oral argument, and points and authorities are not filed.

APPEAL from the County Court, County of Santa Barbara.

The plaintiff recovered judgment, and the defendant appealed.

The other facts are stated in the opinion.

*Chas. E. Huse*, for the Appellant.

*W. M. Francis*, for the Respondent.

By the COURT:

There was no oral argument of the cause, nor has either party filed points and authorities. We decline to perform the duty of counsel by examining the record to ascertain if possibly error may not have intervened in the court below.

If an appellant omits to point out the errors of which he complains, the judgment will be affirmed without looking into the record.

Judgment affirmed, with twenty-five per cent. damages.